JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

F.Z.,

    Petitioner,

   v.

FERETI SEMAIA, et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00634-MRA-SP

**JUDGMENT**

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is granted.  Petitioner shall be immediately released.

Dated: April 14, 2026

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE